```
McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone (916) 554-2716
```



FILED
JUN 20 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEARCH OF<br>127 WEST LORETTA AVENUE<br>STOCKTON, CALIFORNIA | No. 2:07-sw-00164 GGH<br><br>**APPLICATION TO UNSEAL SEARCH WARRANT AND [proposed] ORDER** |

On June 1, 2007, this Court issued the above-captioned search warrant and sealed it until further order of the Court.  Recently, the defendant was indicted by a federal grand jury, case number 2:07-cr-00266 FCD.  The United States now respectfully requests that the above-captioned file be unsealed so that its contents may be revealed in discovery.

Dated: June 19, 2007

                        Respectfully submitted,

                        McGREGOR W. SCOTT
                        United States Attorney

By:  /s/ Ellen V. Endrizzi
        ELLEN V. ENDRIZZI
        Assistant U.S. Attorney

1  **O R D E R**

2  Upon application of the United States of America and good cause
3  having been shown,
4  IT IS HEREBY ORDERED that the United States' Application to
5  Unseal Search Warrant, filed in case number 2:07-sw-00164 GGH, is
6  GRANTED.

8  DATED: June 20, 2007



GREGORY G. HOLLOWS
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

2